DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNEST RICCI,**
Appellant,

v.

**VENTURES TRUST 2013-I-H-R** by **MCM CAPITAL
PARTNERS, LLC,** its Trustee,
Appellee.

No. 4D16-1774

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE-13-007175 (11).

Kevin L. Hagen of Law Offices of Hagen & Hagen, P.A., Fort Lauderdale, and Margery E. Golant of Golant & Golant, P.A., Boca Raton, for appellant.

Richard S. McIver and Melissa A. Giasi of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***